UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:04CV00152-GCM

JONATHAN L. HENSLEE,                   )
                                       )
                    Plaintiff,         )     **DEFENDANTS' MOTION FOR ORDER**
                                       )     **ALLOWING PRISON DEPOSITION OF**
        vs.                            )     **PLAINTIFF; MEMORANDUM OF LAW**
                                       )     **IN SUPPORT THEREOF**
SHERRI LEWIS, et al.,                  )
                                       )
                    Defendants.        )
                                       )

TO THIS HONORABLE COURT:

        PLEASE TAKE NOTICE that all Defendants hereby move for an Order authorizing

Plaintiff to be deposed in prison.

        This motion is based upon the court file and records in this action and the accompanying

Memorandum of Law.

Dated: November 5, 2008              s/Scott D. MacLatchie
                                     Scott D. MacLatchie, Esq.
                                     North Carolina Bar No. 22824
                                     Womble Carlyle Sandridge & Rice
                                     301 S. College Street, Ste. 3500
                                     Charlotte, North Carolina 28202
                                     Telephone No. (704) 331-4942
                                     Fax No. (704) 343-4867
                                     Email: smaclatchie@wcsr.com
                                     Attorney for Defendants

**MEMORANDUM OF LAW**

**1.     A COURT ORDER IS REQUIRED BEFORE DEFENDANTS CAN DEPOSE
PLAINTIFF IN PRISON**

Fed.R.Civ.P. 30(a)(2) requires leave of Court for a deposition whenever the "person to be examined is confined in prison. . . ."  Since Plaintiff remains incarcerated in the Alexander Correctional Institution, a court order is necessary for the deposition to proceed.

**2.     CONCLUSION**

For the foregoing reasons, Defendants request an Order from this Court permitting Plaintiff's deposition to take place at the Alexander Correctional Institution or other state penal facility to which he may be transferred at a time and upon such terms as may be reasonably set by prison officials.

Dated: November 5, 2008                    s/Scott D. MacLatchie
                                           Scott D. MacLatchie, Esq.
                                           North Carolina Bar No. 22824
                                           Womble Carlyle Sandridge & Rice
                                           301 S. College Street, Ste. 3500
                                           Charlotte, North Carolina 28202
                                           Telephone No. (704) 331-4942
                                           Fax No. (704) 343-4867
                                           Email: smaclatchie@wcsr.com
                                           Attorney for Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I certify that I have mailed the document to the following non CM/ECF participant.

Jonathan L. Henslee
#0722492
P.O. Box 909
Taylorsville, NC 28681


s/Scott D. MacLatchie

3

WCSR 4011427v1