IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV152-02-MU

```
JONATHAN L. HENSLEE            )
     Plaintiff,                 )
                                )
       v.                       )
                                )
(FNU) LEWIS, Lieutenant         )
  at the Rutherford             )
  County Jail; and              )
(FNU) YOUNG, Employee at        )          O R D E R
  the Rutherford County         )
  Jail.                         )
     Defendants.                )
_____)
```

**THIS MATTER** comes before the Court on its own motion.

A review of the record of this action reflects that there currently are more than 50 outstanding motions pending in this case, most of which have been filed by Plaintiff and many of which appear to relate to matters which this Court already has addressed or such motions duplicative of one another. That being the case, the Court shall direct the parties to refrain from filing any new motions or pleadings in this case until such time as the Court has had an opportunity to review and adjudicate the motions which already are pending. Should this action survive the Court's review of all such pending motions, the parties will be advised of the Court's determinations concerning the scheduling of any pre-trial hearings, as necessary, and a trial

of this matter.

**NOW, THEREFORE, IT IS ORDERED** that the parties shall refrain from filing any more motions or pleadings in this matter until such time as the Court adjudicates the numerous motions which already are pending. Should Plaintiff's case survive the Court's resolution of those motions, the Court will advise the parties concerning the scheduling of any pre-trial hearings, as necessary, and a trial of this matter.

**SO ORDERED.**

Signed: November 12, 2009

Graham C. Mullen
United States District Judge