IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV152-02-MU

| | | |
|---|---|---|
| JONATHAN L. HENSLEE | ) | |
|     Plaintiff, | ) | |
| | ) | |
|      v. | ) | |
| | ) | |
| SHERRI SIMMONS, Lieute- | ) | |
|   nant at the Rutherford | ) | |
|   County Jail; and | ) | |
| ALAN YOUNG, Employee at | ) | **O R D E R** |
|   the Rutherford County | ) | |
|   Jail. | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Reconsider, filed June 4, 2010 [Doc. No. 281].

Plaintiff seeks reconsideration of the Court's earlier determinations on his requests for the production of "pod sheets and rounds sheets" and certain medical records, and on his request for an explanation regarding why certain video cameras at the Rutherford County Jail merely operate as live video feeds and do not record any data. However, Plaintiff has failed to set forth any new arguments to cause the Court to revisit its earlier decisions to dismiss and/or deny such requests. Consequently, this Motion must be rejected.

**NOW, THEREFORE, IT IS HEREBY ORDERED,** for the reasons stated in the Court's Orders of December 19, 2008 [Doc. No. 106], April 6, 2010 [Doc. No. 273], and April 14, 2010 [Doc. No. 278], that

Plaintiff's Motion to Reconsider [Doc. No. 281] is **DENIED.**

**SO ORDERED,**

Signed: June 8, 2010

Graham C. Mullen
United States District Judge