# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jonathan Leigh Henslee,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                    1:04cv152

Lt. Sherrie Simmons, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/1/10 Order.

                                                          FRANK G. JOHNS, CLERK

July 1, 2010

                                                          BY: s/Sharon Wilson
                                                                Sharon Wilson, Deputy Clerk